IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GARNEY LEE COLEMAN, a.k.a.<br>GARNIE LEE COLEMAN,<br>　　Petitioner, | )<br>)<br>)<br>)　Civil Action No. 7:07-cv-00007 |
| v. | )　FINAL ORDER |
| GENE M. JOHNSON,<br>　　Respondent. | )<br>)　By: Samuel G. Wilson<br>)　United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED** and **ADJUDGED**

that respondent's motion to dismiss is **GRANTED**; Coleman's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**; and this action shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the petitioner.

ENTER: This July 25, 2007.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge